· 381 A.2d 912

Navarro, et al., Appeal.

Argued September 12, 1977. Laurence D. Mass, with him Della R. Cohen, for appellants; Mary Rose Cunningham, Assistant City Solicitor, with her Sheldon L. Albert, City Solicitor, for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.